# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

In re: *Gregory Scott Daily*                    Case No. *09-05337*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None
☒

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

*Year to date:    (See attached)*
*Last Year:*
*Year before:*

Gregory S. Daily
Statement of Financial Affairs

Question 2

| | Amount | | |
|---|---|---|---|
| | 2007 | | 2008 |
| Interest Income: | | | |
| | $ 2,629,387 | $ | 1,096,722 |
| Dividends: | | | |
| | $ 404,364 | $ | 275,286 |
| Capital Gains: | | | |
| | $ 1,050,047 | $ | - |
| | | | |
| Partnerships and S Corporations Passthrough: | | | |
| | $ (96,223) | $ | (50,157) |
| Other Income: | | | |
| | $ 5,552 | $ | 541 |
| | | | |
| Total | $ 3,993,127 | $ | 1,322,392 |

## 3. Payments to creditors

None ☐

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*Creditor: (See attached)*
*Address:*

None ☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Creditor: (See attached)*
*Address:*

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Auerback Acquisition Assoc. v. Greg Daily* | *Breach of Contract* | *LA County* | *Judgment* |
| *Federal Insurance Co. v. Gregory S. Daily* | *Declaratory Judgment* | *U.S. District Court, Central District of California* | *Filed May 7, 2009* |
| *Gregory S. Daily v. Federal Insurance Co.* | *Arbitration Demand* | *AAA* | *Filed August 8, 2008* |

Gregory S. Daily
Case No. 09-05337

Attachment for Question 3(a) to the Statement of Financial Affairs

| Creditor | Date of Payment | Amount Paid |
|----------|-----------------|-------------|
| Neiman Marcus | 5/11/2009 | $1,883.55 |
| Vanderbilt University | 5/10/2009 | $3,610.00 |
| Citibank | 2/19/2009 - 5/11/2009 | $15,493.42 |
| McAlpine Booth | 2/19 and 4/15/2009 | $29,606.21 |
| Nashville Electric | 3/25/2009 - 5/7/2009 | $5,236.50 |
| Christine Carter | 2/12/2009 - 5/8/2009 | $6,464.50 |
| Jeff Miller | 2/12/2009 - 5/8/2009 | $6,366.50 |
| Swift River | 2/19/2009 | $3,498.93 |
| Montana West | 4/13/2009 | $1,727.50 |
| Montana Energy | 2/19/2009 - 4/16/2009 | $5,176.15 |
| Yellowstone | 2/19/2009 - 5/7/2009 | $14,872.71 |
| Buchi Plumbing | 3/2/2009 - 3/26/2009 | $2,096.00 |
| Andy's Pool Service | 3/2/2009 - 5/7/2009 | $1,495.24 |
| Tennessee Dept. Revenue | 4/14/2009 | $36,599.00 |
| United States Treasury | 4/14/2009 | $205,000.00 |
| Tennessee Titans | 3/25/2009 | $33,500.00 |
| Metro Water | 2/19/2009 - 5/7/2009 | $6,154.29 |
| Piedmont Natural Gas | 3/2/2009 - 5/1/2009 | $2,810.65 |
| American Express | 2/19/2009 – 5/10/2009 | $18,928.41 |

2140919 v1
IJ0776-001

Gregory S. Daily
Case No. 09-05337

Attachment for Question 3(b) to the Statement of Financial Affairs

| Creditor | Date of Payment | Amount Paid | Amount Owing |
|---|---|---|---|
| CitiBank | 2/13/2009 | $6,270 | $0 |
| Morgan Lewis | 2/26/2009 | $500,000 | $3,600,000 |
| | 3/19/2009 | $477,882 | |
| | 4/2/2009 | $250,000 | |
| | 5/5/2009 | $160,000 | |
| Waller Lansden Dortch & Davis | 5/7/2009 | $7,500 | $0 |

2140909 v1
110776-001

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☐    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| *Name:*   *(See attached)* *Addresss:* | | | *Description:* *Value:* |

---

### 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Bradley Arant Boult Cummings, LLP* *Address:* *1600 Division Street* *Suite 700* *Nashville, TN 37203* | *Date of Payment:* *Payor: Gregory Scott Daily* | *$45,824.60* |

Statement of Affairs - Page 3

Gregory S. Daily
Case No. 09-05337

Attachment for Question 7 to Statement of Financial Affairs

| Recepient | Date | Description | Value |
|---|---|---|---|
| Chase Daily (son) | Jun-08 | vehicle | $ 25,000 |
| Children's Hospital | Jun-08 | contribution | $ 10,000 |
| Cheekwood | Jul-08 | contribution | $ 150 |
| Children's Hospital | Jul-08 | contribution | $ 10,000 |
| Ensworth School | Sep-08 | contribution | $ 1,000 |
| Ensworth School | Oct-08 | contribution | $ 3,400 |
| Children's Hospital | Oct-08 | contribution | $ 1,000 |
| Nashville Zoo | Oct-08 | contribution | $ 500 |
| Simi Valley | Oct-08 | contribution | $ 200 |
| Symphony | Oct-08 | contribution | $ 2,500 |
| Ensworth School | Oct-08 | contribution | $ 5,000 |
| Cystic Fibrosis | Nov-08 | contribution | $ 1,500 |
| Hundred Club | Nov-08 | contribution | $ 500 |
| Parking Management | Nov-08 | contribution | $ 363 |
| Symphony | Nov-08 | contribution | $ 1,400 |
| Nashville Zoo | Nov-08 | contribution | $ 1,000 |
| Second Harvest | Dec-08 | contribution | $ 2,500 |
| Parking Management | Jan-09 | contribution | $ 250 |
| Ensworth School | Feb-09 | contribution | $ 2,000 |
| Parking Management | Feb-09 | contribution | $ 363 |
| Ensworth School | Mar-09 | contribution | $ 1,000 |
| Cheekwood | Apr-09 | contribution | $ 250 |
| Cheekwood | Apr-09 | contribution | $ 1,500 |
| Cheekwood | Apr-09 | contribution | $ 2,500 |
| TJ Martell Foundation | May-09 | contribution | $ 5,800 |

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF
TRANSFEREE, RELATIONSHIP TO DEBTOR  DATE  DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED

*Transferee:  (See attached)*
*Address:*
*Relationship:*

*Property:*
*Value:*

None ☐ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

NAME OF TRUST OR OTHER
DEVICE

DATE(S) OF
TRANSFER(S)

AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF
PROPERTY OR DEBTOR'S INTEREST IN PROPERTY

*Trust:  (See attached)*

*Property:*
*Value:*

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF INSTITUTION

TYPE OF ACCOUNT, LAST FOUR
DIGITS OF ACCOUNT NUMBER
AND AMOUNT OF FINAL BALANCE

AMOUNT AND DATE
OF SALE OR CLOSING

*Institution: Barclays Wealth
Address: 399 Park Avenue, 6th
Floor, New York, NY 10022*

*Account Type and No.:
Brokerage Acct., 0550
Final Balance: $1,427.00*

*Institution: Wachovia
Address: 10 Cadillac Drive,
Suite 300, Brentwood, TN
37027*

*Account Type and
No.: Brokerage Acct., 0150
Final Balance: $6,229.00*

*Institution: Avondale
Address: Two American Center,
3102 West End Avenue, Suite
1100, Nashville, TN 37203*

*Account Type and
No.: Brokerage Acct.,
1813
Final Balance: $46.64*

*Institution: Baird
Address: 2525 West End Avenue,
Suite 100, Nashville, TN
37203*

*Account Type and
No.: Brokerage Acct., 3005
Final Balance:
$168,000.00*

### 12. Safe deposit boxes

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Gregory S. Daily
Case No. 09-05337
Attachment for Question 10(a) to the Statement of Financial Affairs:

Transferee:

David Vandewater, as trustee of the Gregory S. Daily 2007 Grandchildren's Exempt Trust u/a dated April 25, 2007 Debtor created the trust for estate and tax planning purposes. The beneficiaries of the trust are the Debtor's grandchildren and their descendants.

Property & Value Transferred:

Debtor gifted 2,457 limited partner units of iPayment Investors, LP to the trust on September 11, 2007. The value of the units was $396,059 based upon an appraised value of $155.50 per unit as determined by appraisal of Marshall & Stevens dated April 15, 2007. Debtor received no consideration for the gift as it was entered into for estate and tax planning purposes.

Gregory S. Daily
Case No. 09-05337
Attachment for Question 10(b) to the Statement of Financial Affairs:

1. Name of Trust:            Gregory S. Daily 2007 Grantor Retained Annuity Trust u/a
dated February 26, 2007

Date of Transfer:            February 26, 2007

Description of Property Transferred:

Debtor transferred a 99% Class B member interest in
Daily Family Investment, LLC with an appraised value of
$12.313 million plus $2.25 million of cash to the GRAT as
part of an estate and tax planning transaction sanctioned
by Section 2702 of the IRC. As part of the transfer,
the GRAT is required to pay a 5-year annual annuity to
the Debtor which has a discounted value per tables
published by the IRS equivalent to the value of the
property transferred to the GRAT. The scheduled annuity
payments are as follows:

| Year | Amount |
|------|--------|
| 2008 | $2,343,352.72 |
| 2009 | $2,812,023.26 |
| 2010 | $3,374,427.92 |
| 2011 | $4,049,313.50 |
| 2012 | $4,859,176.20 |

The annuity payments for 2008 and 2009 have been paid to the Debtor.

2.  Name of Trust:                Gregory S. Daily 2007 iPayment Grantor Retained Annuity Trust
                                  u/a dated April 25, 2007

Date of Transfer:                 April 25, 2007

Description of Property Transferred:

Debtor transferred 5,897 limited partnership units of iPayment Investors, L.P. with an appraised value of $917,000 as determined by appraisal of Marshall & Stevens dated April 15, 2007 as part of an estate and tax planning transaction sanctioned by Section 2702 of the IRC. As part of the transfer, the GRAT is required to pay a 5-year annual annuity to the Debtor which has a discounted value per tables published by the IRS equivalent to the value of the property contributed to the GRAT. The scheduled annuity payments are as follows:

| Year | Amount |
|------|--------|
| 2008 | $147,555.66 |
| 2009 | $177,066.79 |
| 2010 | $212,480.15 |
| 2011 | $254,976.18 |
| 2012 | $305,971.42 |

The annuity payment for 2008 has been paid to the Debtor. The 2009 payment is pending and will be distributed once a valuation is completed by Marshall & Stevens in the near future.

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| *Institution: Bank of America* *Address: 4011 Hillsboro Road, Nashville, TN 37215* | *Name: Greg Daily and Collie Daily* *Address:* | *Papers – passports* | |

---

**13. Setoffs**

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| *Owner: Collie Daily* *Address: 5353 Hillsboro Pike, Nashville, TN 37215* | *Description: (See attached)* *Value:* | *5353 Hillsboro Pike, Nashville, TN 37215* |

---

**15. Prior address of debtor**

None ☒ If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☒ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

None ☒ For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

# PERSONAL ASSETS OF COLLIE DAILY (

## AREA / ITEM

### FOYER

Wall Hanging, Angels

Free Form Sculpture, Black on Stand

Painting (Women of Fashion)

Queen Anne Style Curio Cabinet

Collection of 34 Miniature Portraits

Painting (Lady on Steps)

Painting (Girl with Candle)

Painting (Gala Event)

Painting (Abstract – Dripping Lines)

### OFFICE / STUDY

Painting (Girl)

Painting (Modern Figure on Green)

Painting (Two Ladies in Bakery – C.M. Desliens?)

### HALL

Painting (Country Stream)

Painting (Path to Sea – A. Coutougad ? 1901)

Painting (Abstract – Horizontal Lines)

Painting (Girl with Flowers)

Painting (Peonies in Vase)

## FORMAL DINING ROOM

Painting (Garden Path)

Sterling Tea & Coffee Set with Tray

Large Assortment of Silver Plate Items 100 +/-

Lot – Table Linens

Sterling Flatware, Service for 24

Sterling Serving Pieces, 25 +/-

(2) Sterling Silver Bowls

Antique Samovar

Collection of Charms

## SITTING ROOM

Painting (Flowers in Vase – W.J. Logan '82)

Painting (European Village – F. Engram)

Antique Painting with Mirror (Greek Lady With Dog)

## PIANO ROOM

Painting (Roses in Vase – Dan Arens)

Painting (Abstract Heart)

Painting (Colonial Couple), Small

Painting (Colonial Couple – I.M. Coolidge)

## HALL TO MASTER BEDROOM

(18) Paintings by Andy Warhol (Sam)

Painting (Garden Path – Lasie McDonald Crowder)

Brown Jewelry Safe

## MASTER BEDROOM AND BATH

Sign (Me Love You Long Time)

Pair – Antique Armless Side Chairs

(7) Framed Wildlife Photographs

Pair Herend Cats, Collectible

Collection of Evening Purses

## FAMILY DINING ROOM

Limoge Haviland China, 12 Place Settings with Serving Pieces

## HALL & PANTRY

Electronic Art Panel

## STORAGE ROOM

Lot – Paintings

## SEWING ROOM

Painting (Villagers in Forest – G. Girra)

Bernina 1530 Sewing Machine

Large Collection of Girl's Dresses

## UPSTAIRS LANDING

French Loveseat, Antique
Pair – Matching Parlor Chairs

## RED / GOLD GUEST ROOM

(4) Framed Wildlife Photographs

MEZZANINE

Painting (Girl with Candle – G. Vitale)

Painting (Peasants in Field)

Painting (Blue Vase with Flowers)

Painting ( Russians in Sleigh)

GOLD GUEST ROOM

Antique Armoire

Painting (Boy with Dog)

Pair – Antique Ornate Carved Beds

Nightstand

Painting (Exotic Birds)

Painting (Three Children – Sinclair)

Antique Dresser with Attached Mirror

Antique Eight Drawer Chest with Detached Mirror

Vanity Chair

Pair – Bisque Figures on Carriages

BLUE GUEST ROOM

Settee

Painting (Village Courtyard)

Painting (Beagles – Scot)

Painting (Hunt Scene – W. Larsen)

Painting (Dismounted Equestrian)

Painting (Scottish Lass with Dogs- Borofsky)

Painting (City Canal Scene – Faditr)

YELLOW GUEST ROOM

Painting (Medieval Road)

Painting (Village by Stream with Cattle – R. Boutillie)

Pair – Antique Settees, Gold Upholstery

Framed Vintage Child's Dress

HALL

Painting (Peasant Lady in Field)

Painting (Gentleman's Portrait – Saint)

Painting (Ladies at Regatta – P. Williams)

Painting (Castle Ruins Over River – I. Reigner)

Painting (Medieval Canal Scene – Boheiam)

Painting (Roses with Porcelain Figurine – H. Worthman)

Painting (Still Life Fruit – J. Douman)

Painting (Mixed Floral – Terence Alexander)

Painting (View of Villages from Hilltop – R. Bernara)

Painting (Garden Fowl – Luri)

Ruger 9mm Pistol

Jewelry

2007 Mercedes AMG S65

None
☒  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None
☐  a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *(See attached)* | ID: | | | |

None
☐  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
| *Goebel Partners LLC* | *148 Forty Love Point, Chapin, SC 29036* |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None
☐  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                         DATES SERVICES RENDERED

Gregory S. Daily
Case No. 09-05337

Attachment for Question 18 to the Statement of Financial Affairs

| Company | Tax Id | Position of Debtor | Description of Business | Dates |
|---------|--------|--------------------|-------------------------|-------|
| Cumberland Swan<br>One Swan Dr.<br>Smyrna, TN<br>37167 | 62-1788002 | Director | Generic product manufacturer | 2001-2006 |
| Century II<br>278 Franklin Rd.,<br>Suite 350<br>Brentwood, TN<br>37027 | 62-1662111 | Director | Staffing services | 1999-2004 |
| CapStar Bank<br>201 4th Ave. N<br>Suite 950<br>Nashville, TN<br>37219 | 26-0189349 | Director | Banking | 2007-2009 |
| AERC<br>3 Gold Mine Rd.<br>Flanders, NJ<br>07836 | 23-3064816 | Director | Recycling | 2007-present |
| iPayment, Inc.<br>40 Burton Hills<br>Blvd, Suite 415<br>Nashville, TN<br>37215 | 62-1847043 | CEO and Director | Credit card processing | 2001-present |
| Goebel<br>148 Forty Love<br>Point<br>Chapin, SC  29036 | 62-1818694 | Partner | Self storage | 2000-present |

2140897 v1
110776-001

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Name: *Family Wealth Management*<br>Address: *775 Ridge Lake Boulevard, Suite 108,*<br>*Memphis, TN 38120* | Dates: *October 2003 -*<br>*today* |

None ☒   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Name: *Family Wealth*<br>*Management Services* | *775 Ridge Lake Boulevard, Suite 108, Memphis,*<br>*TN 38120* |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME | ADDRESS | DATES ISSUED |
|---|---|---|
| *Bank of America* | *100 North Broadway, St.*<br>*Louis, MO 63102* | Dates: *April 2009* |
| *Branch Bank & Trust* | *309 Columbia Avenue,*<br>*Lexington, SC 29072* | Dates: *April 2008* |
| *Pinnacle National Bank* | *211 Commerce Street,*<br>*Nashville, TN 37201* | Dates: *April 2009* |

### 20. Inventories

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

## 22. Former partners, officers, directors and shareholders

None ⊠    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ⊠    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ⊠    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

None ⊠    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

## 25. Pension Funds.

None ⊠    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   5/29/09     Signature of Debtor

Date          Signature of Joint Debtor (if any)