From: Derrick, Beth (USTP) <Beth.R.Derrick@usdoj.gov>
To: SKCTRUSTEE@aol.com <SKCTRUSTEE@aol.com>
Cc: Walker, Charles (USTP) <Charles.Walker@usdoj.gov>
Sent: Thu, Apr 22, 2010 10:38 am
Subject: RE: Trustee Election in Daily Case

Hi, Sam – this will confirm our telephone conversation just now in which I advised you that based upon our knowledge todayof the connections between Mr. Golden and Mr. Katzman, we would not assert that Mr. Golden is not disinterested.

Beth

---

**From:** SKCTRUSTEE@aol.com [mailto:SKCTRUSTEE@aol.com]
**Sent:** Wednesday, April 21, 2010 5:11 PM
**To:** Derrick, Beth (USTP)
**Subject:** Trustee Election in Daily Case

Beth, thanks for your email. I will be traveling tomorrow, but can be reached on my cell at 615-330-4522. Will be on a plane from 8:15-10:25, but am available before and after. If you need to speak with someone else during that time, Bob is up to speed. Thanks again,
Sam.